# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1058**                                         **September Term, 2024**
                                                        FILED ON: JUNE 3, 2025

SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION,
   PETITIONER

v.

INDUSTRIAL TURNAROUND CORPORATION AND FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,
   RESPONDENTS

---

On Petition for Review of an Order of the
Federal Mine Safety and Health Review Commission

---

Before: RAO and PAN, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the petition for review of an order of the Federal Mine Safety and Health Review Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be dismissed for lack of jurisdiction, in accordance with the opinion of the court filed herein this date.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:  /s/

            Daniel J. Reidy
            Deputy Clerk

Date: June 3, 2025

Opinion for the court filed by Senior Circuit Judge Ginsburg.