# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1058** | **September Term, 2024** |
| | MSHR-SE2023-0197 |
| | **Filed On: July 28, 2025** [2127573] |

Secretary of Labor, Mine Safety and Health Administration,

      Petitioner

      v.

Industrial TurnAround Corporation and Federal Mine Safety and Health Review Commission,

      Respondents

## M A N D A T E

In accordance with the judgment of June 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                BY:    /s/
                           Daniel J. Reidy
                           Deputy Clerk

Link to the judgment filed June 3, 2025